UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA GOSSARD,

      Plaintiff,

v.                                                  Case No. 8:08-cv-1154-T-24-TBM

TARGET CORPORATION,

      Defendant.
_____/

**ORDER**

      This cause comes before the Court on the parties joint motion to extend deadlines in the Court's Scheduling Order. (Doc. No. 11). In this motion, the parties request a one month extension to discovery related deadlines and a two month extension to the dispositive motion deadline, without a corresponding extension to the pretrial conference and trial dates. While the Court will extend the deadlines (although not necessarily to the extent requested by the parties), the Court must also move the pretrial conference and trial so that the Court will have sufficient time to rule on any dispositive motions. The Court will issue an amended scheduling order and warns the parties that no further extensions will be given.

      **DONE AND ORDERED** at Tampa, Florida, this 18th day of December, 2008.

*[signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record