UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA GOSSARD,

    Plaintiff,

v.    Case No. 8:08-cv-1154-T-24-TBM

TARGET CORPORATION,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on the parties' joint motion to extend deadlines in the Court's Amended Scheduling Order. (Doc. No. 19). In this motion, the parties request that the court extend various deadlines by several months, despite the fact that the Court has previously warned the parties that no further extensions will be given. (Doc. No. 12). The reason for the requested extension is that Plaintiff has decided to undergo surgery on May 21, 2009, and the parties want to evaluate the case after her surgery. However, Plaintiff was injured on April 12, 2006, and there is no explanation given for the three year delay in undergoing surgery. Regardless, the Court finds that the parties have not shown good cause for extending the pretrial conference and trial dates.

Since the parties have stipulated that they will not be filing any dispositive motions, the Court will extend the discovery-related deadlines as follows: (1) Plaintiff's expert disclosure - June 15, 2009; (2) Defendant's expert disclosure - June 30, 2009; and (2) discovery cutoff - July 31, 2009. The parties are free to adjust the expert disclosure deadlines, but the discovery deadline in this case is July 31, 2009, and absolutely no extensions will be given to that deadline.

Additionally, the mediation deadline is extended to July 17, 2009. No further extensions

to this deadline will be given.  The parties are directed to inform the Court of their mediator and mediation date by April 17, 2009.  Failure to do so will result in the Court selecting a mediator and setting a mediation without the parties' input.  This case is having a pretrial conference on August 12, 2009, with a trial in September 2009, unless the parties resolve this case on their own.

Accordingly, the motion to extend deadlines is **GRANTED IN PART AND DENIED IN PART** as set forth above.

**DONE AND ORDERED** at Tampa, Florida, this 23rd day of March, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record